**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| United States of America, | Case No. 2:21-cr-00190-APG-EJY |
|---|---|
| Plaintiff, | **ORDER** |
| v. | |
| Paul Engstrom, et al., | |
| Defendants. | |

Before the Court is Defendant Vincent Cuomo's motion to reopen his detention hearing. ECF No. 57. Defendant has not explained to the Court how he meets the standard for reopening a detention hearing under 18 U.S.C. § 3142(f). Specifically, he does not explain how the information Defendant now wishes to provide was not known to the movant at the time of the detention hearing vis a vis the fact that he chose not to interview with pretrial services before his initial appearance. As such, the Court will deny Defendant's motion without prejudice.

If Defendant chooses to refile his motion, he must explain (with appropriate citations to authority) how the standard to reopen is met. If Defendant refiles his motion, he must also interview with pretrial services (so that it can attempt to verify information) in the event the Court considers his motion on the merits.

The Court will also order the government to produce to Mr. Cuomo video footage of his arrest that relates to whether he attempted to flee (as the government has done with his co-defendants).

IT IS THEREFORE ORDERED that Mr. Cuomo's motion to reopen his detention hearing (ECF No. 57) is DENIED without prejudice.

IT IS FURTHER ORDERED that the hearing set for October 8, 2021 is VACATED.

1 | IT IS FURTHER ORDERED that the government shall produce to Mr. Cuomo, by October 15, 2021, video footage of his arrest that relates to whether he attempted to flee.

DATED: October 7, 2021

_____
BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE