**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>PAUL ENGSTROM, VINCENT CUOMO, ABRAHAM ELLIOTT, and JOSEPH KRIEGER<br><br>Defendants. | Case No. 2:21-CR-00190-ART-EJY<br><br>**FINDINGS OF FACT, CONCLUSIONS OF LAW, AND ORDER** |

## I. FINDINGS OF FACT

Based on the pending Stipulation of the parties, and good cause appearing therefor, the Court finds:

1. On February 25, 2022, the Government disclosed additional discovery consisting of approximately 27,000 pages. Trial is currently set for October 17, 2022.

2. The Court's previous pretrial-motion deadline expires August 16, 2022. Given the timing of the disclosure of discovery counsel for all the defendants do not have enough time to complete review of the discovery and meet the August 16, 2022 pre-trial motion deadline. The parties agree that the pretrial-motion deadline should be extended by two (2) weeks.

3. Counsel for Vincent Cuomo communicated with AUSAs Burton and Sokolich on August 15, 2022 and they do not object to the continuance.

4. Defendants Abraham Elliott, Joseph Krieger and Vincent Cuomo are currently out of custody, and do not object to the continuance.

5. The additional time requested herein is not sought for the purposes of delay.

6. Denial of this request for a continuance would deny counsel for defendants sufficient time to effectively and thoroughly prepare for trial and submit pretrial motions and notices of defense, taking into account the exercise of due diligence.

7. This is the fourth request to continue pre-trial motions.

## II. CONCLUSIONS OF LAW

The ends of justice served by granting said continuance outweigh the best interests of the public and the defense, since the failure to grant said continuance would be likely to result in a miscarriage of justice, would deny the defendants sufficient time and the opportunity within which to be able to effectively and thoroughly prepare the pre-trial motions taking into account the exercise of due diligence.

## III. ORDER

IT IS THEREFORE ORDERED that all pretrial motions are due by August 30, 2022; Responses are due by September 13, 2022; and that Replies are due by September 27, 2022.

IT IS SO ORDERED:

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

DATED: August 17, 2022